IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREEMAN MONGER,<br>Reg. No. 27643-076, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. 2:18-CV-344-WHA <br> [WO] |
| WARDEN WALTER WOODS, | ) <br> ) | |
| Defendant. | ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on May 14, 2018. Doc. 8. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the order of the court and to prosecute this action.

Final Judgment will be entered accordingly.

Done, this 4th day of June, 2018.

                                        /s/ W. Harold Albritton
                                        SENIOR UNITED STATES DISTRICT JUDGE